| 1. Person Reporting (Last name, First name, Middle initial) Debevoise, Dickinson R | 2. Court or Organization District Court - New Jersey | 3. Date of Report 4/5/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Senior) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address MLK, Jr. Federal Bldg. & Court 50 Walnut Street Newark, New Jersey 07102-0999 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Fund for NJ (Non-Profit charitable foundation) |
| 2. | Past Director | Columbia Law School Association |
| 3. | Vice President and Director | N.J. Institute for Social Justice (Non-Profit Charitable Foundation) |
| 4. | Member Emeritus Board of Visitors | Columbia Law School |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2003 | Proceeds of Book Sales | $523.31 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. UBS Financial Services Cash Fund, Iselin, NJ | A | Interest | K | T | | | | | |
| 2. UBS Financial Services Cash Fund, Iselin, NJ | A | Interest | J | T | | | | | |
| 3. PNC Bank, N.A., Millburn, NJ | A | Interest | K | T | | | | | |
| 4. Wachovia Bank, Millburn, NJ | | None | J | T | | | | | |
| 5. Wachovia Bank, Newark, NJ | | None | J | T | | | | | |
| 6. Nuveen Bond Fund, Unit 509 (100) | A | Interest | | | Terminated | 8/15 | J | A | |
| 7. Nuveen Bond Fund, Unit 514 (80) | A | Interest | | | Terminated | 2/15 | J | A | |
| 8. Nuveen Bond Fund, Unit 519 (200) | B | Interest | J | T | See Part VII | | | | |
| 9. Nuveen Bond Fund, Unit 522 (100) | C | Interest | J | T | | | | | |
| 10. Williams College Pooled Income Fund #3 | C | Interest | L | T | | | | | |
| 11. Nuveen Bond Fund, Unit 527 (100) | C | Interest | J | T | | | | | |
| 12. Wachovia Bank, Millburn, NJ | | None | J | T | | | | | |
| 13. Nuveen Bond Fund, Unit 304 (60) | A | Interest | J | T | | | | | |
| 14. 25 Units Muni Sr 040 IHU TR. FD. | B | Interest | K | T | | | | | |
| 15. $25,000 N.J. State Due 8/1/20 | A | Interest | K | T | Buy | 3/05 | K | | |
| 16. $25,000 So. Jersey Transit Auth. 11/01/09 | A | Interest | K | T | Buy | 3/06 | K | | |
| 17. $25,000 N.J. Health Care Auth. 01/01/09 | A | Interest | K | T | Buy | 3/07 | K | | |
| 18. $25,000 Monmouth Cty. Imp. Auth. 12/01/12 | A | Interest | K | T | Buy | 3/11 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. $25,000 N.J. Health Care Auth. 07/01/10 | A | Interest | K | T | Buy | 3/10 | K | | |
| 20. $25,000 Lopatcong Twp. 7/15/22 | A | Interest | K | T | Buy | 6/16 | K | | |
| 21. $75,000 N.J. Tpk. Auth. 01/01/24 | A | Interest | L | T | Buy | 7/08 | L | | |
| 22. Winslow Twp. Bd. Of. Ed. 08/01/19 | A | Interest | K | T | Buy | 5/15 | K | | |
| 23. Fleet Bank Brunswick, ME | A | Interest | J | T | | | | | |
| 24. ▇▇▇ Trust See VIII | E | Div. & Int. | P1 | T | | | | | |
| 25. Blackrock Funds NJ. Tax Free Bonds | | | | | | | | | |
| 26. Blackrock N.J. Munic. (BN) | | | | | | | | | |
| 27. -Alltel Corp. Com. | | | | | | | | | |
| 28. -BP PLC | | | | | pt sale 200 | 6/11 | J | D | |
| 29. -Bristol Myers Squibb Com. | | | | | | | | | |
| 30. -FPL Group, Inc. Com. | | | | | Bought | 6/11 | K | | |
| 31. -Chevron Texaco Corp. Com. | | | | | pt sale | 6/11 | J | D | |
| 32. -Deere & Co. Com. | | | | | pt sale 300 | 12/22 | K | D | |
| 33. -Chubb Corp. Com. | | | | | pt sale 400 | 12/22 | K | D | |
| 34. -International Paper Com. | | | | | | | | | |
| 35. -May Department Stores Com. | | | | | Sell | 6/11 | J | A | |
| 36. -Mellon Financial Corp. Com. | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. -Peapack Gladstone Financial Corp. | | | | | pt sale 1200 | 6/11 | K | E | |
| 38. -Peapack Gladstone Financial Corp. | | | | | pt sale 200 | 12/22 | J | D | |
| 39. -Unilever NU New York Com. | | | | | | | | | |
| 40. -Canagra Foods, Inc. Com. | | | | | pt sale 200 | 12/22 | J | A | |
| 41. -Roxiticus Golf Club Com. | | | | | | | | | |
| 42. -Kimberly-Clark Com. | | | | | | | | | |
| 43. -14,462 Blackrock Money Market Institutional | | | | | | | | | |
| 44. -40,000 Hammonton 4.75% due on 7/1/18 | | | | | | | | | |
| 45. -50,000 Margate City 4.75% due 2/1/17 | | | | | | | | | |
| 46. -Cape May Co. N.J. College due 8/15/16 | | | | | Bought | 10/25 | | | See Note VII |
| 47. -Con Edison Co. PFD 7/01/41 Series | | | | | Bought | 10/23 | | | See Note VII |
| 48. -General Dynamics Com. | | | | | | | | | |
| 49. -General Electric Com. | | | | | Bought | 6/11 | J | | |
| 50. -Gannett Inc. Com. | | | | | Bought | 6/11 | K | | |
| 51. -Colgate Palmolive Com. | | | | | Bought | 6/11 | K | | |
| 52. -Johnson & Johnson Com. | | | | | Bought | 12/22 | K | | |
| 53. -IBM | | | | | | | | | |
| 54. -Stryker Corp. Com. | | | | | Bought | 12/22 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2.501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Debevoise, Dickinson R | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. -Medtronic Inc. | | | | | | | | | |
| 56. -Varian Medical Systems Com. | | | | | Bought | 12/22 | J | | |
| 57. UBS Pace Fixed Income Fund (Formerly P.W. Invest. Account) | D | Dividend | M | T | | | | | |
| 58. John Hancock GAP V | A | Interest | K | T | | | | | |
| 59. Management account at PNC Bank, See VIII | | | | | | | | | |
| 60. 27,398 Blackrock Money Market Fund | B | Interest | K | T | | | | | |
| 61. 25,000 Fed. Farm. Credit Bk 6/17/13 | A | Interest | | | Bought | 6/17 | K | | |
| 62. Verizon Com. (Bell Atl) | B | Dividend | K | T | | | | | |
| 63. Chevron Texaco Corp. Com. | B | Dividend | K | T | pt sale 200 | 6/11 | J | D | |
| 64. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 65. Exxon Mobil Corp. Com. | B | Dividend | L | T | pt sale 800 | 6/11 | K | D | |
| 66. 50,000 N.J. EDL FACS Auth. Due 7/10/20 | B | Interest | L | T | Bought | 6/13 | L | | |
| 67. Blackrock Fund NJ Tax Free $92 | D | Interest | N | T | | | | | |
| 68. 350 Mun. Inv. Tr. FD 89 NJ | D | Interest | N | T | | | | | |
| 69. Gannett, Inc. Com. | A | Dividend | J | T | Bought | 6/11 | J | | |
| 70. Conagra Foods Com. | A | Dividend | J | T | Bought | 6/11 | J | | |
| 71. Unilever NV NY Com | A | Dividend | J | T | Bought | 6/11 | J | | |
| 72. 50 Mun. Inv. Tr. Fund 93 NJ | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Debevoise, Dickinson R | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | IBM Corp. Com. | A | Dividend | J | T | Bought | 6/11 | J | | |
| 74. | Washington Mutual Inc. Com. | B | Dividend | K | T | | | | | |
| 75. | $50,000 Hammonton 4.75% due 7/01/18 | B | Interest | L | T | | | | | |
| 76. | $50,000 Margate City 4.75% due 2/01/17 | B | Interest | L | T | | | | | |
| 77. | $50,000 Middlesex Co. Due 6/15/18 | A | Interest | L | T | Bought | 6/25 | L | | |
| 78. | General Dynamics Corp. Com. | A | Dividend | K | T | | | | | |
| 79. | Bank of America Com. | A | Dividend | J | T | Bought | 6/11 | J | | |
| 80. | $50,000 Cape May Cnty. 4.50% due 8/15/20 | B | Interest | L | T | | | | | |
| 81. | FPL Group, Inc. Com. | A | Dividend | J | T | Bought | 6/11 | J | | |
| 82. | $50,000 New Brunswick Pkg. Auth. 4.25% 9/1/15 | B | Interest | L | T | | | | | |
| 83. | $25,000 Old Bridge Twp. Bd. Of Ed. 4.75% due 7/15/18 | B | Interest | K | T | | | | | |
| 84. | Con Edison Co. PFD 7.5% | B | Dividend | K | T | | | | | |
| 85. | BAC CAP Trust II PFD | B | Dividend | K | T | Bought | 8/29 | K | | |
| 86. | AM Express PFD 7% | A | Dividend | | | Called | 7/31 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Debevoise, Dickinson R | 4/5/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII. INVESTMENTS AND TRUSTS

From time to time the various Nuveen Funds make returns of principal as various bonds are redeemed.

Williams College Pooled Income Fund #3. I have set forth as the value of this item the amounts I placed in the Fund from time to time. I receive the income from the Fund but upon my death it goes to Williams College; therefore, the value to me would be the value of my life interest.

███████ Trust and Management Account:

Blackrock Money Market Funds are the equivalent of cash. The trustee or Fund Manager puchases and sells (deposits and withdraws) money from the Funds frequently. I have not listed each deposit and withdrawal and have set forth the December 31, 2003 values.

The Trustees of the ███████ Trust (PNC Bank) purchased Cape May County, N.J. College bonds due 8/15/16 on October 25, 2002 and purchased Con Edison Company preferred 7/01/41 series on October 23, 2002. At the same time PNC Bank purchased shares of the same securities for the Management Account which were reflected in my Financial Disclosure Report for the calendar year 2002. Through oversight these were not reported in the ███████ Trust, in my April 11, 2003 Financial Disclosure Report for the calendar year 2002. That report should be deemed amended to include these two investments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____      Date __April 5, 2004__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544